# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| Marvin Cooper, ) | |
| ) | |
| Plaintiff, ) | Civil Action File No.: |
| ) | 1:20-cv-00157-ELR-CMS |
| v. ) | |
| ) | |
| Equifax Information Services, LLC; ) | |
| Loancare, LLC; and LendingClub ) | |
| Corporation, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE
## AS TO LENDINGCLUB CORPORATION, ONLY

Plaintiff, Marvin Cooper, in accordance with Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby voluntarily dismisses, **with prejudice**, all claims against Defendant, LendingClub Corporation, in this case.  As indicated by the signature of its counsel below, LendingClub Corporation stipulates to Plaintiff's voluntary dismissal of the instant matter.

It is further stipulated that each party shall bear its own costs and attorneys' fees incurred in this matter.

This 15th day of December, 2023.

*[Signatures Appear on Following Page]*

1

| | |
|---|---|
| **BERRY & ASSOCIATES** | **BALLARD SPAHR, LLP** |
| */s/ Matthew Berry* | */s/ Erik L. Johnson* |
| Matthew Berry, GA Bar No.: 055663 | Erik L. Johnson |
| matt@mattberry.com | Georgia Bar No. 139597 |
| Telephone: (404) 235-3334 | johnsonel@ballardspahr.com |
| | 999 Peachtree Street, Suite 1600 |
| 2751 Buford Highway, Suite 600 | Atlanta, GA 30309 |
| Atlanta, GA 30324 | (678) 420-9300 |
| | |
| /s/ Chris Armor | *Counsel for Defendant LendingClub Corporation* |
| Christopher N. Armor | |
| Georgia Bar No. 614061 | |
| P.O. Box 451328 | |
| Atlanta, GA 31145 | |
| Phone 470-990-2568 | |
| Fax 404-592-6102 | |
| chris.armor@armorlaw.com | |
| | |
| *Counsel for Plaintiff* | |

## CERTIFICATE OF SERVICE

I hereby certify that on December 15, 2023, I caused the electronic filing of the foregoing document to be filed with the Clerk of the Court using the CM/ECF system, which will automatically send e-mail notifications of such filing to all attorneys of record that have appeared in this case.

**BERRY & ASSOCIATES**

*/s/ Matthew Berry*
Matthew Berry
Georgia Bar No.: 055663
mberry@mattberry.com

2751 Buford Highway, Suite 600
Atlanta, GA 30324
Ph. (404) 235-3305

*/s/ Chris Armor*
Chris Armor
Georgia Bar No.: 614061
chris.armor@armorlaw.com
Telephone: (470) 319-4055
P.O. Box 451328
Atlanta, Georgia 31145
*Counsel for Plaintiff*